UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　　**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

　　　　　　　　-against-

Francis Hughes
　　　　　　　　　　　　　　　　　　　　　　　20 MJ 7924

　　　　　　　　　　　　　Defendant(s).
-----------------------------------------------------------------X

Defendant  ~~Patricia Riccardi~~  *Francis Hughes*  hereby voluntarily consents to participate in the following proceeding via X  videoconferencing or X teleconferencing:

X　　Initial Appearance Before a Judicial Officer

___　　Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x__　　Bail/Detention Hearing

___　　Conference Before a Judicial Officer - Assignment of Counsel


 *Francis Hughes* (by *Ben G*)　　　　　　　　　 *Ben G*
Defendant's Signature　　　　　　　　　　　　Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

 Francis Hughes 　　　　　　　　　　　　　　 Benjamin Gold 
Print Defendant's Name　　　　　　　　　　　Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 July 29, 2020 　　　　　　　　　　　　　　　 Lisa Margaret Smith 
Date　　　　　　　　　　　　　　　　　　　 ~~U.S. District Judge~~/U.S. Magistrate Judge

　　　　　　　　　　　　　　　　　　　　　*Lisa Margaret Smith*