# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

<u>Via E-mail and ECF</u>

August 5, 2020

The Honorable Lisa Margaret Smith
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

      <u>Re</u>:    U.S. v. Francis Hughes
              20-MJ-07924

Dear Honorable Smith:

      I am writing in regard to Francis Hughes and to ask for a short extension of the time period for Mr. Hughes to provide me with his passport.  As a reminder, Your Honor ordered Mr. Hughes to provide me with his passport within one week.  Mr. Hughes has arranged for a colleague to retrieve the passport, which has occurred.  The passport – which is expired – is currently in Mr. Hughes' possession in Queens.  I ask that Your Honor please allow Mr. Hughes to arrange for the passport to be mailed to me.[1]  I have spoken to Mr. Hughes, and my understanding is that the mailing could occur this afternoon or, at the latest, tomorrow.  If approved, I would then receive the passport next week.  I have spoken to A.U.S.A. Marcia Cohen, and she does not object to this request.

      Thank you for your consideration.

APPLICATION GRANTED.

SO ORDERED: /s/ Lisa Margaret Smith
Hon. Lisa Margaret Smith
U.S.M.J.

8/5/2020

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Marcia Cohen

---

[1] Due to his home detention, Mr. Hughes cannot walk to the post office to mail the passport himself.