**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

September 1, 2020

<u>Via E-mail and ECF</u>

The Honorable Lisa Margaret Smith
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601

      <u>Re</u>:   U.S. v. Francis Hughes
              20-MJ-07924

Dear Honorable Smith:

    I am writing in regard to Francis Hughes and to ask that you please approve two modifications to the terms of his release.

    First, I ask that you please modify the terms of Mr. Hughes' bond to allow him to move from his current residence in Maspeth, New York to an apartment in Brooklyn, New York.[1]  As you know from my previous correspondence, Mr. Hughes has been told by the Diocese of Brooklyn that he must find a new home.  Because of this, Mr. Hughes respectfully requests that Your Honor modify the terms of his release to permit him to live at 402 85th Street, Apartment 6G in Brooklyn, New York.[2]

    I have informed Pre-Trial Officer Leo Barrios of this request.  Mr. Berrios has conducted an initial search and he approves of Mr. Hughes' request to move to this Brooklyn apartment.  I have also informed AUSA Marcia Cohen and she indicated that she would support Pre-Trial's position regarding Mr. Hughes' residence.

    Additionally, I am writing to ask that you please allow Mr. Hughes to remain released under home detention without the requirement that he obtain an additional co-signer to his bond.  As you know, Mr. Hughes was released with the understanding that two financially responsible individuals would sign his bond.  Mr. Hughes secured two co-signers; his brother and sister signed the bond on August 4, 2020.  But, sadly Mr. Hughes' brother passed away on August 20, 2020.   Therefore, while two individuals have signed the bond only one of those individuals is still alive.  I have discussed this matter with AUSA

---

[1] A condition of Mr. Hughes' release is that he live at 64-14 Clinton Avenue in Maspeth, New York.
[2] This apartment was the previous home of Mr. Hughes' brother, who passed away on August 20, 2020.  My understanding is that Mr. Hughes has submitted an application to the landlord and that the landlord has agreed to allow Mr. Hughes to move into the apartment at a rent of $1,345 per month.  If approved, Mr. Hughes plans to sign a lease formalizing this arrangement as soon as possible.

Marcia Cohen, and she does not object to my request that Mr. Hughes *not* be required to obtain an additional co-signer.

                                      Respectfully,

                                      Benjamin Gold
                                      Assistant Federal Defender

cc:    AUSA Marcia Cohen
        Pre-Trial Officer Leo Barrios

Application granted.  Defendant's bail conditions are modified to include the new proposed apartment address, and to remove the requirement for a second co-signer.

September 1, 2020

SO ORDERED: _____
Hon. Lisa Margaret Smith
U.S.M.J.