**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

March 23, 2021

<u>Via E-mail and ECF</u>

The Honorable Judith McCarthy
Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **SO ORDERED:**
> Application granted.
>
> _____/s/ Judith C. McCarthy_____ 3-23-21
> JUDITH C. McCARTHY
> United States Magistrate Judge

Re:  U.S. v. Francis Hughes
     20-MJ-07924

Dear Honorable McCarthy:

    I am writing in regard to Francis Hughes and to ask that you please modify the terms of his pre-trial release to allow him, with prior approval from pre-trial, to travel to my office to "virtually" meet with an expert using a computer.  As background, Mr. Hughes was arrested on July 29, 2021 and charged with violating 18 U.S.C. § 2252A.  Mr. Hughes was released to home detention pursuant to a $50,000 bond and he was ordered not to use computers or devices that are connected to the internet.

    So that I may help prepare for Mr. Hughes' defense, I ask that Your Honor please modify the terms of Mr. Hughes' release so that he may use a computer at my office to communicate with an expert about his case.  If approved, Mr. Hughes would travel to my office and I would setup a laptop in a large conference room which would enable Mr. Hughes to communicate via video with the expert.  Of course, I will be present and will supervise Mr. Hughes' use of the computer.

    I have communicated with Pretrial Officer Andrew Abbott and he does not object to this request.  I have asked AUSA Marcia Cohen whether she objects, but I have not yet heard back from her.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc:  AUSA Marcia Cohen
     Pre-Trial Officer Andrew Abbott